# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 18, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 13-13387-AA
Case Style: Alex Ang, et al v. WWF Operating Company
District Court Docket No: 1:13-cv-21232-UU

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: David L. Thomas, AA
Phone #:

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

No. 13-13387-AA

BRENDA SINGER,
an individual, on behalf of herself
and all others similarly situated,

                                                                                             Plaintiff-Appellee,

ALEX ANG,
KEVIN AVOY,

                                                    Intervenor Plaintiffs - Appellants,

versus

WWF OPERATING COMPANY,
a Delaware corporation,
d.b.a. Whitewave Foods,

                                                   Defendant - Appellee.

On Appeal from the United States District Court for the
Southern District of Florida

BEFORE: WILSON and MARTIN, Circuit Judges.

BY THE COURT:

    The parties' joint motion to dismiss the appeal with prejudice, with the parties to bear their own costs on appeal, is GRANTED.